**Gary HALL, et al., Appellants,**

v.

**Larry JACKSON, et al., Respondents.**

**No. ED 96631.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 6, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 23, 2012.

Application for Transfer Denied
April 3, 2012.

Kenneth J. Heinz, St. Louis, MO, for
Appellant.

John A. Michener, St. Louis, MO, for
Respondent.

Before PATRICIA L. COHEN, P.J.,
LAWRENCE E. MOONEY, J. and
ROBERT M. CLAYTON III, J.

### *ORDER*

PER CURIAM.

Gary Hall, Janet Fortus, and Robert
Gates appeal the grant of summary judg-
ment in favor of Larry Jackson, Kathy
Schweitzer, Edward D. Campbell, Sam
Craig, Karla Reichelt, Michael Davis, and
Dan Bellows (collectively referred to as
"Defendants") on their petition for unlaw-
ful expenditure of funds, breach of fiducia-
ry duty, declaratory judgment, injunction,
negligence, an accounting, and removal of
the trustees and officers. We find that the
trial court did not err in granting sum-
mary judgment in favor of Defendants.

An extended opinion would have no
precedential value. We have, however,
provided the parties a memorandum set-
ting forth the reasons for our decision.
The judgment of the trial court is affirmed
under Rule 84.16(b).